United States District Court for the District of Connecticut
File Number 3:11-cv-01288-RNC

| | |
|---|---|
| Handsome, Inc., Todd Cascella, and Mona Cascella, Plaintiffs<br><br>v.<br><br>Town of Monroe, Planning and Zoning Commission of the Town of Monroe, Scott H. Schatzlein, Richard Zini, Karen Martin, Steven Vavrek, Patrick O'Hara, Michael Parsell, Joel Leneker, Defendants. | Notice of Appeal<br><br>April 27, 2023 |

Notice is hereby given that Handsome, Inc., Todd Cascella, and Mona Cascella, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 31st day of March, 2023.

/s/Alexander T. Taubes
Attorney for Plaintiffs
470 James Street
Suite 007
New Haven, CT 06513
alextt@gmail.com
(203) 909-0048